Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

---

In the Matter of CITY COUNCIL OF THE CITY OF WATERVLIET et al., Appellants, v TOWN BOARD OF THE TOWN OF COLONIE, Respondent.

Submitted June 21, 2004; decided June 24, 2004

Motion by New York State Department of Environmental Conservation for leave to file a brief amicus curiae on the appeal herein granted. Twenty copies of the brief may be filed and three copies served within 20 days.

---

RAMON FRESCO et al., Respondents, v 157 EAST 72ND STREET CONDOMINIUM et al., Defendants, and DNA CONSTRUCTION CORP., Sued Herein as DNA CONSTRUCTION, Appellant and Third-Party Plaintiff-Appellant-Respondent. LUMAR RESTORATION CORP., Third-Party Defendant-Respondent-Appellant. (And Another Action.)

Submitted April 19, 2004; decided June 24, 2004

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Whitfield v City of New York*, 90 NY2d 777).

---

SHARWLINE NICHOLSON et al., Respondents, v NICHOLAS SCOPPETTA et al., Appellants, et al., Defendants.

Submitted June 14, 2004; decided June 24, 2004

Motion by The Center for Family Representation, Inc. to join as amicus curiae in the proposed brief submitted by New York Legal Assistance Group et al. granted.

---

SHARWLINE NICHOLSON et al., Respondents, v NICHOLAS SCOPPETTA et al., Appellants, et al., Defendants.

Submitted May 24, 2004; decided June 24, 2004

Motion by New York Legal Assistance Group et al. for leave to file a brief amici curiae on consideration of certified question